UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELE FERREE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO.: 1:23-cv-01681-RLY-CSW |
| ) | |
| INFINITY CHIROPRACTIC, LLC, ) | |
| ) | |
| Defendant ) | |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, Michele Ferree ("Plaintiff" or "Ferree"), by counsel, respectfully requests this Court to enter a default judgment for damages pursuant to Fed. R. Civ. P. 55 against Defendant, Infinity Chiropractic, LLC. ("Defendant" or "Infinity Chiro"). In support of her Motion, Plaintiff states as follows:

1. Plaintiff timely filed her Complaint against Defendant on September 18, 2023 [Dkt. 1], alleging violations of the Fair Labor Standards Act of 1938 ("FLSA") and Indiana Law.

2. On October 2, 2023, Plaintiff affected service through a process server on the registered agent, David Coberly, and the return of service was docketed on October 9, 2023 [Dkt. 6]. Defendant's Deadline to File an Answer or responsive pleading was October 23, 2023. Such deadline has come and gone without a response.

3. On December 5, 2023, Plaintiff filed an Amended Complaint to properly name Defendant as Infinity Chiropractic, LLC [Dkt. 7].

4. On December 6, 2023, the Clerk of the Court for the Southern District of Indiana issued a summons for Defendant [Dkt. 8].

5. On December 9, 2023, Plaintiff affected service through a process server on the registered agent, David Coberly, and the return of service was docketed on December 15, 2023 [Dkt. 9]. Defendant's Deadline to File an Answer or responsive pleading was January 1, 2024.

6. On January 19, 2024, the Plaintiff filed a Motion for Entry of Default by the Court. [Dkt. #11]. The Clerk's Entry of Default was signed on February 21, 2024. [Dkt. #12].

7. That by reason thereof, Plaintiff is entitled to judgment against Defendant in the amount of **$75,979.08**, which is the total of the following losses:

   a. Damages/Principal: $24,722.36
   b. Prejudgment Interest: 8%
   c. Attorney Fees: $1,410
   d. Costs: $402
   e. Other (Liquidated Damages): $49,544.72
   f. Total: $75,979.08

8. Said Motion is made for good cause and not for unduly delay

9. Plaintiff affirms under the penalties for perjury, that the foregoing representations are true. (See **Plaintiff's Affidavit and the attached Exhibits).**

10. Plaintiff's counsel affirms under the penalties for perjury, that the foregoing attorney fees are true. (See **Plaintiff's Counsel's Affidavit and the attached Exhibit).**

11.

WHEREFORE, Plaintiff, Michele Ferree, prays the Court enter a default judgment in the amount of **$75,979.08**, against Defendant, and for all other just and proper relief in the premises.

Respectfully Submitted,

By:*/s/ Taylor Ferguson*_____
Taylor Ferguson
Andrew Dutkanych III
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone:	(317) 991.4765
Facsimile:	(812) 424.1005
Email: tferguson@bdlegal.com
        ad@bdlegal.com

*Counsel for Plaintiff, Michele Ferree*


## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

I hereby certify that on April 4, 2024, a copy of the foregoing was mailed, by first class U.S. Mail, postage prepaid and addressed to the following:


David Coberly, Registered Agent for Defendant
8924 E. 96th Street
Fishers, Indiana 46037

Infinity Chiropractic, LLC, Defendant
8924 E. 96th Street
Fishers, Indiana 46037


　　　　　　　　　　　　　　　　　　　　　*/s/ Taylor J. Ferguson*
　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

3