UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELE FERREE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CAUSE NO.: 1:23-cv-01681-RLY-CSW |
| | ) |
| INFINITY CHIROPRACTIC, LLC, | ) |
| | ) |
| Defendant | ) |

**ORDER ON DEFAULT JUDGMENT**

This cause having come before the Court on the Motion of the Plaintiff for Judgment by Default, and the Court having found that Defendant has failed to otherwise defend the Plaintiff's Complaint or to appear herein after entry of default, it is

**ORDERED, ADJUDGED, AND DECREED** that judgement is entered for the Plaintiff against the Defendant in the sum of $75,979.08 plus interest at the rate of 8% as provided by law, costs to be paid by the Defendant.

SO ORDERED this 6th day of June 2024.

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

David Coberly, Registered Agent for Defendant
8924 E. 96th Street
Fishers, Indiana 46037

Infinity Chiropractic, LLC, Defendant
8924 E. 96th Street
Fishers, Indiana 46037